JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA, LLC, et al., | Case No. CV 15-9304-GW(DTBx) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| Robert Roode, et al., | |
| Defendants. | |

Based upon the Court's Ruling on Petitioner Abdul Walji's Petition to Compel Arbitration and Stay any Actions or Proceedings, or Judgments Orders and Rulings [6], it is hereby ORDERED that the above-entitled action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: June 24, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE